

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2015

No. 04-15-00349-CV

Steven M. **GARY**,
Appellant

v.

Mary **ROMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01986
Honorable Laura Salinas, Judge Presiding

# O R D E R

No timely contest has been filed to appellant Steven M. Gary's affidavit of indigence. Accordingly, he may proceed in this appeal without prepayment of costs.

We order the record filed by July 17, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court